UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITY OF MAPLEWOOD, MISSOURI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTHLAND CASUALTY CO., et al., ) <br> ) <br> Defendants. ) | Case No. 4:11CV564 RWS |

## MEMORANDUM AND ORDER

This matter is before me on defendant Northland's motion to compel. Plaintiff did not file an opposition to the motion, and its time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Northland's motion to compel [#56] is granted, and plaintiff shall provide the information sought in defendant's motion within ten (10) days of the date of this Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2012.