UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITY OF MAPLEWOOD, MISSOURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:11CV564 RWS |
| | ) |
| NORTHLAND CASUALTY CO., et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memoranda and Orders entered July 10, 2012 and this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants shall have summary judgment on plaintiff's complaint, and plaintiff's complaint is dismissed with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of August, 2012.